# United States Court of Appeals
# for the Fifth Circuit

United States Court of Appeals
Fifth Circuit

**FILED**

June 8, 2026

Lyle W. Cayce
Clerk

———————

No. 26-60238

———————

AMAZON.COM SERVICES, L.L.C.; AMAZON LABOR UNION NO.1, INTERNATIONAL BROTHERHOOD OF TEAMSTERS,

*Petitioners,*

*versus*

NATIONAL LABOR RELATIONS BOARD,

*Respondent.*

———————————————————————

Petition for Review from an Order of the
National Labor Relations Board
Agency No. 29-CA-310869

———————————————————————

UNPUBLISHED ORDER

Before SMITH, HAYNES, and OLDHAM, *Circuit Judges.*

PER CURIAM:

IT IS ORDERED that Respondent's opposed motion to transfer the petitions for review filed by Amazon.com Services and Amazon Labor Union No. 1 to the U.S. Court of Appeals for the Second Circuit is DENIED.[*]

---

[*] JUDGE HAYNES would grant the transfer.

IT IS FURTHER ORDERED that the motion of Amazon.com Services, L.L.C., for leave to intervene as respondent is GRANTED.