**UNITED STATES COURT OF APPEALS**
**FOR THE FIFTH CIRCUIT**

| | | |
|---|---|---|
| AMAZON.COM SERVICES LLC; AMAZON LABOR UNION NO. 1, INTERNATIONAL BROTHERHOOD OF TEAMSTERS, | ) | |
| *Petitioners*, | ) | |
| v. | ) | Case No. 26-60238 |
| NATIONAL LABOR RELATIONS BOARD, | ) | NLRB Case No. 29-CA-310869 |
| *Respondent*. | ) | |

---

# PETITIONER AMAZON'S MOTION TO FILE A BRIEF IN EXCESS OF THE PAGE AND WORD-VOLUME LIMITATIONS

---


Amber M. Rogers
HUNTON ANDREWS KURTH LLP
Fountain Place
1445 Ross Avenue, Suite 3700
Dallas, Texas 75202
Telephone: 214-979-3000

Elbert Lin
Kurt G. Larkin
Kevin S. Elliker
HUNTON ANDREWS KURTH LLP
Riverfront Plaza, East Tower
951 East Byrd Street, Suite 700
Richmond, Virginia 23219
Telephone: 804-788-8200

*Counsel for Petitioner*


July 9, 2026

## CERTIFICATE OF INTERESTED PERSONS

*Case No. 26-60238, Amazon.com Services LLC v. National Labor Relations Board.*

The undersigned counsel of record certifies that the following listed persons and entities as described in the fourth sentence of Fifth Circuit Rule 28.2.1 have an interest in the outcome of this case. These representations are made in order that the judges of this court may evaluate possible disqualification or recusal:

- Abruzzo, Jennifer, former General Counsel of the National Labor Relations Board (NLRB)
- Amazon.com, Inc. (NASDAQ: AMZN)
- Amazon.com Sales, Inc.
- Amazon.com Services LLC
- Amazon Labor Union (Charging Party)
- Burden, Willie Jr. (Counsel of record for Charging Parties)
- Burdick, Ruth E., Deputy Associate General Counsel, Appellate and Supreme Court Litigation Branch of the NLRB
- Carey, Crystal Stowe, General Counsel of the NLRB
- Childerhose, Brent (Counsel for the NLRB General Counsel)
- Dickinson, Julie Gutman (Counsel of record for the Charging Parties)
- Elliker, Kevin of HAK (Counsel of record for Amazon)
- Giannasi, Robert (Chief Administrative Law Judge)
- Goldstein, Seth Lewis (Counsel for Charging Parties)

- Hunton Andrews Kurth LLP (HAK) (Counsel of record for Amazon)
- Julien Mirer & Singla PLLC (Counsel for Charging Parties)
- Larkin, Kurt of HAK (Counsel of record for Amazon)
- Law Office of Seth Goldstein (Counsel for Charging Parties)
- Lin, Elbert of HAK (Counsel of record for Amazon)
- Mayer, Scott, Member of the NLRB
- Michalski, Lynisa, Acting Deputy General Counsel of the NLRB
- Mirer, Jeanne (Counsel for Charging Parties)
- Murphy, James, Member of the NLRB
- National Labor Relations Board
- Poor, Teresa, Regional Director of Region 29 of the NLRB
- Prouty, David, Member of the NLRB
- Region 29 of the NLRB
- Rogers, Amber of HAK (Counsel of record for Amazon)
- Singla, Retu (Counsel for Charging Parties)
- Smalls, Chris (Charging Party)
- Taylor, Luke (Counsel for Petitioner Amazon Labor Union No. 1 International Brotherhood of Teamsters)
- Teamsters Amazon National Negotiating Committee (Affiliated with Charging Party)
- Weitz, Eric (Counsel for Respondent NLRB)

*/s/ Amber M. Rogers*
Amber M. Rogers

*Counsel for Petitioner*
*Amazon.com Services LLC*

## **PETITIONER AMAZON'S MOTION TO FILE A BRIEF IN EXCESS OF THE PAGE AND WORD-VOLUME LIMITATIONS**

Pursuant to Federal Rule of Appellate Procedure 32(e) and Fifth Circuit Rule 32.4, Petitioner Amazon.com Services LLC ("Amazon") moves the Court for leave to file an opening brief not to exceed 19,500 words—an increase of 6,500 words above the standard 13,000-word limit. The requested enlargement is necessary to permit Amazon to present, in a fair and orderly manner, the multiple substantial issues raised by the Board's decision and the unusually extensive administrative record on which that decision rests.

Good cause exists for the requested enlargement. This petition does not arise from a single discrete legal ruling or a narrow administrative record. It arises from a high-profile representation election involving more than 8,300 eligible voters, followed by numerous election objections challenging both union and Board conduct, a weeks-long post-election evidentiary hearing, and a Board decision addressing multiple independent legal, factual, and procedural issues. The resulting record—spanning more than 10,000 pages across 44 volumes of testimony, exhibits, and post-hearing briefs—is substantial, fact-intensive, and procedurally complex. Amazon's opening brief must explain the election background, the conduct at issue, the procedural history before the Region and the Board, the evidence developed during the hearing, the Board's disposition of Amazon's objections, and the legal standards governing each issue presented for review.

The additional words are also necessary because Amazon's petition presents several distinct issues that cannot be adequately addressed through a compressed presentation. The issues include challenges to the Board's treatment of election objections, the Board's handling of the evidentiary record, and the legal consequences of conduct that Amazon contends affected the fairness of the election process. Each issue requires not only legal analysis, but also careful discussion of the relevant record evidence and the Board's reasoning. A materially shortened brief would risk either omitting important record context or presenting the issues in a conclusory manner that would not assist the Court in resolving the petition.

Amazon does not seek additional words for repetition or unnecessary background—it has endeavored, and will continue to endeavor, to streamline its presentation. But given the number of independent issues, the size of the voting unit, the breadth of the objections, the length of the post-election proceedings, and the scope of the Board's decision, the ordinary word-volume limitation would not permit Amazon to present the relevant facts, procedural history, standards of review, and argument with the clarity and precision that the Court's review requires. The requested enlargement is therefore tailored to the needs of this case and is no greater than necessary to allow a fair presentation of the issues.

This request is consistent with similar ones the Court has granted. *See, e.g.*, Order, *Caleb v. Grier*, No. 15-20297 (5th Cir. Oct. 28, 2015) (granting leave to file

brief not exceeding 21,200 words where additional length was needed to address extensive procedural history and complex, fact-intensive issues); Order, *Pena v. Starr Cnty., Tex.*, No. 25-40481 (5th Cir. Jan. 27, 2026) (granting leave to file brief not exceeding 20,646 words where additional length was needed to address the volume and complexity of the issues presented); Order, *Yan v. State Bar of Tex.*, No. 24-10543 (5th Cir. Aug. 6, 2024) (granting in part leave to file oversized brief not exceeding 19,000 words where additional length was needed to address multiple issues and filings); Order, *United States v. Conner*, No. 24-30427 (5th Cir. Jan. 14, 2025) (granting leave to file brief not exceeding 18,322 words where additional length was needed to address complex legal issues and a substantial record).

Granting this motion will not delay the proceedings or prejudice Respondent. Amazon seeks only a modest enlargement of the opening brief limit to address the case-specific complexity of the record and issues presented. The requested relief will assist the Court by allowing Amazon to organize the issues coherently, identify the relevant record support, and avoid an unduly abbreviated presentation of matters that are central to the petition for review.

Undersigned counsel conferred with counsel for the National Labor Relations Board and Petitioner Amazon Labor Union No. 1–International Brotherhood of Teamsters (ALU-IBT). The NLRB opposes Amazon's motion; the ALU-IBT takes no position.

For the reasons set forth above, the Court should grant Amazon's motion to exceed the word-volume limitations in its opening brief by 6,500 words.

Respectfully submitted,

/s/ Amber M. Rogers
Amber M. Rogers
1445 Ross Avenue, Suite 3700
Dallas, Texas 75202
Phone: (214) 979-3000
Fax: (214) 880-0011
arogers@hunton.com

Elbert Lin
Kurt Larkin
Kevin Elliker
Riverfront Plaza, East Tower
951 East Byrd Street
Richmond, Virginia 23219-4074
Phone: (804) 788-8200
Fax: (804) 788-8218
elin@hunton.com
klarkin@hunton.com
kelliker@hunton.com

*Counsel for Petitioner*
*Amazon.com Services LLC*

## CERTIFICATE OF CONFERENCE

I certify that I have conferred with Counsel for Respondent National Labor Relations Board and Petitioner Amazon Labor Union No. 1–International Brotherhood of Teamsters (ALU-IBT) regarding the relief requested in this Motion. Respondent opposes Amazon's motion; the ALU-IBT takes no position.

*/s/ Amber M. Rogers*
Amber M. Rogers
*Counsel for Amazon.com Services LLC*

## CERTIFICATE OF SERVICE

I certify that on the 9th day of July, 2026, a true and correct copy of the foregoing was filed electronically and served on counsel of record for all other parties through this Court's CM/ECF system.

/s/ Amber M. Rogers
Amber M. Rogers
*Counsel for Amazon.com Services LLC*

## CERTIFICATE OF COMPLIANCE

I certify that this filing complies with Federal Rule of Appellate Procedure 27(d), 32(a)(5), and 32(a)(6) because it has been prepared in 14-point Times New Roman, a proportionally spaced font, and that it complies with the type-volume limitations of 27(d)(2) because it contains 720 words, according to the count of Microsoft Word.

/s/ Amber M. Rogers
Amber M. Rogers
*Counsel for Amazon.com Services LLC*