

# Amazon union could face a tough road ahead after victory

**foxnews.com**/us/amazon-union-tough-road-ahead-after-victory

Associated Press



This material may not be published, broadcast, rewritten, or redistributed. ©2022 FOX News Network, LLC. All rights reserved. Quotes displayed in real-time or delayed by at least 15 minutes. Market data provided by Factset. Powered and implemented by FactSet Digital Solutions. Legal Statement. Mutual Fund and ETF data provided by Refinitiv Lipper.

Amazon

**Published** April 24, 2022 1:30pm EDT

## Amazon is seeking to overturn the election after the union's victory

close



[Video](#)

**Fox News Flash top headlines for April 24**

Fox News Flash top headlines are here. Check out what's clicking on Foxnews.com.

NEWYou can now listen to Fox News articles!

In the aftermath of their hard-won union victory, Amazon workers in the New York City borough of Staten Island popped Champagne, cheered and danced in celebration. But their jovial attitude will be tested by a company that seems likely to drag its feet to the bargaining table.

Among other things, the nascent Amazon Labor Union, or ALU, has said it wants longer breaks for warehouse employees, more time off and a dramatically higher minimum hourly wage of $30, up from just over $18 an hour now at the Staten Island facility.

To achieve anything close to that, the grassroots union would need to negotiate a contract with Amazon that both sides, as well as union members, agree on. Doing so could prove difficult.

**AMAZON UNION ORGANIZER SLAMS AOC FOR GOING 'RADIO SILENT' UNTIL THEIR VICTORY: WE DON'T NEED HER SUPPORT NOW**

Amazon is seeking to overturn the election, having argued in a filing with the National Labor Relations Board this month that the vote was tainted by organizers and by the board's regional office in Brooklyn that oversaw the election. On Friday, the company submitted

26-60238.15372      REJECTED EXHIBITS

material to support its objections in a filing to the agency. A spokeswoman for the labor board said the agency won't make that filing public while the case is still open. A separate NLRB regional office in the Southwest will likely hold hearings and decide whether to certify the results.

If Amazon's effort fails, it could appeal to the national labor board, whose Democratic majority is expected to favor the fledgling union. But even in cases when the agency upholds a union victory, companies often refuse to negotiate, a stance that can trigger lengthy legal battles in federal court as a backdoor way to thwart labor victories.



Amazon Prime delivery van (iStock)

Data compiled in 2009 by Kate Bronfenbrenner, a labor expert at Cornell University, found that fewer than half of unions finalized their first contract within a year of winning an election, and 30% didn't secure a contract within three years. In the meantime, time ticks away as workers are left in a state of uncertainty.

John Logan, director of labor and employment studies at San Francisco State University, says anti-union companies have traditionally taken the view that even if they lose an election, the battle isn't truly lost until a union contract is signed.

"There's every incentive for them to delay the process at every opportunity," Logan said. "Law firms and consultants who specialize in continued avoidance activity have, for years, told employers explicitly, 'Time is on your side.'"

26-60238.15373

REJECTED EXHIBITS

**REP. KEN BUCK PANS LATEST GOP BIG TECH TASK FORCE PROPOSAL: 'DOESN'T GO FAR ENOUGH'**

Even if Amazon goes to federal court and fails, it could still create a contract delay and potentially blunt some of the momentum a union victory might create. Chris Smalls, the fired Amazon worker who leads the Amazon Labor Union, has said that since the group won its election earlier this month, workers from more than 100 Amazon facilities in the U.S. have contacted the union about organizing their own workplaces. A neighboring Amazon warehouse on Staten Island, which has roughly 1,500 workers, is set to have its own union election this week.

Experts say delays for a contract can frustrate such union campaigns and undermine employee confidence in organized labor. The result can be a weak contract or diminished interest among workers in organizing.



Amazon Labor Union organizer Christian Smalls speaks to the media as ALU members celebrate victory after hearing results regarding the vote to unionize outside the NLRB offices in Brooklyn, N.Y., April 1, 2022.  (REUTERS/Brendan McDermid)

If Amazon pursues a protracted legal battle before agreeing to a contract, the number of employees at the warehouse who voted for the union would also likely dwindle. Amazon is known for its high turnover rate; up to 73% at the unionizing warehouse in the past two years alone, according to a recent court filing by the company.

26-60238.15374

REJECTED EXHIBITS

One way workers can push back is by employing a strike. That, of course, carries its own risks. Michael Duff, a former NLRB lawyer who teaches at University of Wyoming College of Law, noted that Amazon could replace any striker with a substitute worker, potentially leaving strikers out of a job for months or even years.

Some unions have funds to help out-of-work strikers stay afloat. But sustaining such support can be burdensome for unions. It's also difficult for workers to survive long strikes, Duff said, something that employers know well.

### SARA CARTER: CPAC'S 'AWAKE, NOT WOKE' THEME HIGHLIGHTS BIG TECH CONCERNS

Connor Spence, an Amazon employee who is ALU's vice president of membership, says the nascent union is ready to pressure the company by making its case through the news media and by engendering public sympathy. According to a Gallup poll from August, public approval of unions is at its highest level since 1965.

Spence said ALU organizers, who appeared recently at a virtual event with Sen. Bernie Sanders, a longtime champion of labor causes, will also try to persuade lawmakers to lean on the retailer.

"But at the end of the day, it's collective action that works," Spence said.



Workers stand in line to cast ballots for a union election at Amazon's JFK8 distribution center in the Staten Island borough of New York March 25, 2022.   (REUTERS/Brendan McDermid, File Photo)

26-60238.15375                                   REJECTED EXHIBITS

Organizers could deploy a strike or a walkout to disrupt Amazon's operations on Staten Island, Spence said, noting that walkouts have occurred at other Amazon facilities in recent months. The group also plans to set up a strike fund, using donations collected through its GoFundMe page.

For now, organizers are focused on a rematch with Amazon at the neighboring Staten Island warehouse known as LDJ5. A victory there would give Amazon workers additional leverage during any potential strike or walkout.

Amazon and its CEO, Andy Jassy, have said that while it's up to employees to decide whether to join a union, they believe they're better off not doing so. To press its argument, the company is continuing to hold mandatory anti-union meetings for workers, a practice that the labor board's top prosecutor is trying to get outlawed.

Organizers have previously accused Amazon of confiscating union flyers from the LDJ5 warehouse. Last week, the union filed a complaint with the NLRB, asserting that Amazon has unlawfully barred it from displaying a pro-union sign in the break room. Organizers say workers had been able to display the same sign at JFK8, the neighboring facility that voted to unionize.

**CLICK HERE FOR THE FOX NEWS APP**

Seth Goldstein, a lawyer who is providing pro bono legal help to the union, contended that Amazon managers told workers that it was against company policy to display the sign but didn't specify the policy and threatened discipline. An Amazon spokesman said some workers had "erected a banner in violation of company policy" but declined to say why the same banner was allowed to be displayed in the nearby warehouse.

"It's an information war," said Madeline Wesley, one of the organizers who works at the LDJ5 warehouse. "It's not going to stop us. But we're going to have to be a little careful, making sure that no one gets to the point where they're starting to get seriously disciplined or lose their job."

26-60238.15376

REJECTED EXHIBITS

# Amazon union could face a tough road ahead after victory

**SRG** **srgblog.com**/amazon-union-could-face-a-tough-road-ahead-after-victory/

By admin                                                                                     April 24, 2022



NEWYou can now listen to Fox News articles!

In the aftermath of their hard-won union victory, Amazon workers in the New York City borough of Staten Island popped Champagne, cheered and danced in celebration. But their jovial attitude will be tested by a company that seems likely to drag its feet to the bargaining table.

Among other things, the nascent Amazon Labor Union, or ALU, has said it wants longer breaks for warehouse employees, more time off and a dramatically higher minimum hourly wage of $30, up from just over $18 an hour now at the Staten Island facility.

To achieve anything close to that, the grassroots union would need to negotiate a contract with Amazon that both sides, as well as union members, agree on. Doing so could prove difficult.

**AMAZON UNION ORGANIZER SLAMS AOC FOR GOING 'RADIO SILENT' UNTIL THEIR VICTORY: WE DON'T NEED HER SUPPORT NOW**

Amazon is seeking to overturn the election, having argued in a filing with the National Labor Relations Board this month that the vote was tainted by organizers and by the board's regional office in Brooklyn that oversaw the election. On Friday, the company submitted material to support its objections in a filing to the agency. A spokeswoman for the labor board said the agency won't make that filing public while the case is still open. A separate NLRB regional office in the Southwest will likely hold hearings and decide whether to certify the results.

If Amazon's effort fails, it could appeal to the national labor board, whose Democratic majority is expected to favor the fledgling union. But even in cases when the agency upholds a union victory, companies often refuse to negotiate, a stance that can trigger lengthy legal battles in federal court as a backdoor way to thwart labor victories.



Amazon Prime delivery van
(iStock)

Data compiled in 2009 by Kate Bronfenbrenner, a labor expert at Cornell University, found that fewer than half of unions finalized their first contract within a year of winning an election, and 30% didn't secure a contract within three years. In the meantime, time ticks away as workers are left in a state of uncertainty.

John Logan, director of labor and employment studies at San Francisco State University, says anti-union companies have traditionally taken the view that even if they lose an election, the battle isn't truly lost until a union contract is signed.

26-60238.15378   REJECTED EXHIBITS

"There's every incentive for them to delay the process at every opportunity," Logan said. "Law firms and consultants who specialize in continued avoidance activity have, for years, told employers explicitly, 'Time is on your side.'"

**REP. KEN BUCK PANS LATEST GOP BIG TECH TASK FORCE PROPOSAL: 'DOESN'T GO FAR ENOUGH'**

Even if Amazon goes to federal court and fails, it could still create a contract delay and potentially blunt some of the momentum a union victory might create. Chris Smalls, the fired Amazon worker who leads the Amazon Labor Union, has said that since the group won its election earlier this month, workers from more than 100 Amazon facilities in the U.S. have contacted the union about organizing their own workplaces. A neighboring Amazon warehouse on Staten Island, which has roughly 1,500 workers, is set to have its own union election this week.

Experts say delays for a contract can frustrate such union campaigns and undermine employee confidence in organized labor. The result can be a weak contract or diminished interest among workers in organizing.



Amazon Labor Union organizer Christian Smalls speaks to the media as ALU members celebrate victory after hearing results regarding the vote to unionize outside the NLRB offices in Brooklyn, N.Y., April 1, 2022.
(REUTERS/Brendan McDermid)

If Amazon pursues a protracted legal battle before agreeing to a contract, the number of employees at the warehouse who voted for the union would also likely dwindle. Amazon is known for its high turnover rate; up to 73% at the unionizing warehouse in the past two years

26-60238.15379    REJECTED EXHIBITS

alone, according to a recent court filing by the company.

One way workers can push back is by employing a strike. That, of course, carries its own risks. Michael Duff, a former NLRB lawyer who teaches at University of Wyoming College of Law, noted that Amazon could replace any striker with a substitute worker, potentially leaving strikers out of a job for months or even years.

Some unions have funds to help out-of-work strikers stay afloat. But sustaining such support can be burdensome for unions. It's also difficult for workers to survive long strikes, Duff said, something that employers know well.

**SARA CARTER: CPAC'S 'AWAKE, NOT WOKE' THEME HIGHLIGHTS BIG TECH CONCERNS**

Connor Spence, an Amazon employee who is ALU's vice president of membership, says the nascent union is ready to pressure the company by making its case through the news media and by engendering public sympathy. According to a Gallup poll from August, public approval of unions is at its highest level since 1965.

Spence said ALU organizers, who appeared recently at a virtual event with Sen. Bernie Sanders, a longtime champion of labor causes, will also try to persuade lawmakers to lean on the retailer.

"But at the end of the day, it's collective action that works," Spence said.



26-60238.15380

REJECTED EXHIBITS

Workers stand in line to cast ballots for a union election at Amazon's JFK8 distribution center in the Staten Island borough of New York March 25, 2022.
(REUTERS/Brendan McDermid, File Photo)

Organizers could deploy a strike or a walkout to disrupt Amazon's operations on Staten Island, Spence said, noting that walkouts have occurred at other Amazon facilities in recent months. The group also plans to set up a strike fund, using donations collected through its GoFundMe page.

For now, organizers are focused on a rematch with Amazon at the neighboring Staten Island warehouse known as LDJ5. A victory there would give Amazon workers additional leverage during any potential strike or walkout.

Amazon and its CEO, Andy Jassy, have said that while it's up to employees to decide whether to join a union, they believe they're better off not doing so. To press its argument, the company is continuing to hold mandatory anti-union meetings for workers, a practice that the labor board's top prosecutor is trying to get outlawed.

Organizers have previously accused Amazon of confiscating union flyers from the LDJ5 warehouse. Last week, the union filed a complaint with the NLRB, asserting that Amazon has unlawfully barred it from displaying a pro-union sign in the break room. Organizers say workers had been able to display the same sign at JFK8, the neighboring facility that voted to unionize.

**CLICK HERE FOR THE FOX NEWS APP**

Seth Goldstein, a lawyer who is providing pro bono legal help to the union, contended that Amazon managers told workers that it was against company policy to display the sign but didn't specify the policy and threatened discipline. An Amazon spokesman said some workers had "erected a banner in violation of company policy" but declined to say why the same banner was allowed to be displayed in the nearby warehouse.

"It's an information war," said Madeline Wesley, one of the organizers who works at the LDJ5 warehouse. "It's not going to stop us. But we're going to have to be a little careful, making sure that no one gets to the point where they're starting to get seriously disciplined or lose their job."

Source Fox News

Related Topics:

Continue Reading

**You may like**

26-60238.15381

REJECTED EXHIBITS

## Small plane crash leaves 2 dead in Arizona



Published

2 hours ago
on

June 19, 2022
By

admin



NEWYou can now listen to Fox News articles!

Two Arizona men who died in a plane crash in Buckeye on Saturday have been identified.

Daniel Keen, 56, and Emmanuel Flores, 32, are dead after their plane went down near the Buckeye Municipal Airport around 7 a.m. Saturday, the Buckeye Police Department said.

Buckeye is located about 35 miles west of Phoenix.

26-60238.15382

REJECTED EXHIBITS

> **UPDATE**
> The second person who was on board has died from thier injuries. Investigators continue their work identifying the victims and informing their families. https://t.co/7FVMkk6W50
>
> — Buckeye Police Dept (@BuckeyeAZPD) June 18, 2022
>
> Advertisement

When officers initially responded to the scene, Keen was pronounced deceased while Flores was transported to the hospital in critical condition, according to the BPD.

Flores later died of his injuries, authorities said.



ROOSEVELT, AZ – AUGUST 19: The aftermath of flooding is seen in a desert area on August 19, 2021 near Roosevelt, Arizona. . (Photo by David McNew/Getty Images) (Photo by David McNew/Getty Images)

**ARIZONA ATTORNEY GENERAL SOUNDS ALARM ON BORDER APPREHENSIONS OF PEOPLE ON TERROR WATCHLIST**

Gary Boggs, the owner of Northwest Sky Sports, who said he witnessed the crash, has been at the municipal airport "for years" and has "never seen anything like this," he told Fox 10 of Phoenix.

"Never seen a fatality, and I've been out here a number of years, never seen anything like this," Bogg said, per the outlet. "It's always sad to see a fatality. Aviation is really very safe, but it is unforgiving of mistakes."

26-60238.15383     REJECTED EXHIBITS



NORTH AUBURN, CA – AUGUST 31:  Private planes and jets are parked on the tarmack at Auburn Municipal Airport on August 31, 2021, in North Auburn, California. (Photo by George Rose/Getty Images)
(Photo by George Rose/Getty Images)

**ARIZONA: 2 PHOENIX RESIDENTS FATALLY ELECTROCUTED**

Boggs said he saw the plane on fire before the crash.

"An airplane flies [on] the downwind lane then turns, lines up with the runway – usually that is closer to the freeway," he added. "These guys were well inside of the freeway, they weren't lined up with the runway."

> NTSB is investigating the June 18, 2022, crash of a Beech E35 near Buckeye, Arizona.
>
> — NTSB Newsroom (@NTSB_Newsroom) June 18, 2022
>
> Advertisement

The National Transportation Safety Board identified the passenger plane as a Beech E35.

26-60238.15384

REJECTED EXHIBITS



ALBUQUERQUE, NM – SEPTEMBER 22, 2014: A Cessna Caravan propeller airplane operated by New Mexico Airlines taxis to the runway at Albuquerque International Sunport in New Mexico. (Photo by Robert Alexander/Getty Images)
(Photo by Robert Alexander/Getty Images)

**CLICK HERE TO GET THE FOX NEWS APP**

The Federal Aviation Administration and the NTSB are investigating the crash, the BPD said.

Source Fox News

Continue Reading

**National News**

## Virginia inmates escape from federal prison



Published

3 hours ago
on

June 19, 2022
By

26-60238.15385

REJECTED EXHIBITS

admin



NEWYou can now listen to Fox News articles!

Authorities are searching for four inmates who escaped from a federal prison in Virginia this weekend, officials said.

Corey Branch, Tavares Lajuane Graham, Lamonte Rashawn Willis and Kareem Allen Shaw went missing from the Federal Correctional Complex Petersburg's satellite camp in Hopewell, Virginia, around 1:45 a.m. Saturday, FOX 5 of Washington D.C. reported. Hopewell is located about 20 miles from Richmond, Virginia, which is the state's capital.

## An investigation is underway

The inmates were reported missing by the U.S. Bureau of Prisons, who said the inmates walked away from the minimum security facility. No other details regarding their escape were provided.

**CALIFORNIA SMASH-AND-GRAB AT MACY'S OCCURS AT SAME MALL WHERE DOZENS OF LOOTERS ROBBED NORDSTROM LAST YEAR**

26-60238.15386

REJECTED EXHIBITS



This photo provided by Federal Bureau of Prisons shows from left, Corey Branch and Tavares Lajuane Graham. Federal officials say Branch and Graham, were discovered missing from the Federal Correctional Complex Petersburg's satellite camp in Hopewell, Va., Saturday, June 18, 2022. (Federal Bureau of Prisons via AP)
(Federal Bureau of Prisons via AP)

The U.S. Marshals Service, the FBI and local law enforcement agencies were immediately notified of the missing inmates and an internal investigation into how they escaped has been initiated, FOX 5 reported.

## The crimes

According to the report, one of the inmates was serving a drug-related sentence, one was serving a firearm-possession sentence, while the other two were serving time for both drug and firearm-related offenses.

**VIOLENT CRIMES ON THE RISE IN 2022, FOLLOWING PREVIOUS UNPRECEDENTED SPIKE IN MURDERS**

Shaw, 46, was sentenced to 16 years for conspiracy to sell heroin.

Willis, 30, was sentenced to 18 years for possessing and concealing a stolen firearm and possession of a firearm by a convicted felon.

26-60238.15387

REJECTED EXHIBITS



This photo provided by Federal Bureau of Prisons shows from left, Lamonte Rashawn Willis and Kareem Allen Shaw.  Federal officials say Willis and Shaw were discovered missing from the Federal Correctional Complex Petersburg's satellite camp in Hopewell, Va., Saturday, June 18, 2022. (Federal Bureau of Prisons via AP)
(Federal Bureau of Prisons via AP)

Branch, 41, was sentenced to 13 years for intent to distribute fentanyl. He was also convicted of being a felon in possession of a firearm.

Graham, 44, was sentenced to 10 years for possession with intent to distribute cocaine and gun charges.

**CLICK HERE TO GET THE FOX NEWS APP**

The U.S. Marshals Service is encouraging anyone with information concerning their whereabouts to call them at (804) 545-8501.

Source Fox News

Continue Reading

**National News**

## Suspect in deadly Taiwanese church shooting in California charged with hate crime

26-60238.15388    REJECTED EXHIBITS



Published

3 hours ago
on

June 19, 2022
By

admin



NEWYou can now listen to Fox News articles!

The man who allegedly killed one person and injured five others at a Taiwanese Presbyterian church in California on May 15 has been charged with hate crime enhancements, prosecutors announced Friday.

David Wenwei Chou, 68, had already been charged with murder, attempted murder and other felony counts in connection to last month's shooting.

26-60238.15389

REJECTED EXHIBITS

This week, Orange County prosecutors added a hate crimes enhancement to the murder charge because they believe Chou's slaying of John Cheng was motivated by race, color, religion, nationality or country of origin.

Hate crime enhancements were also added for each of the five counts of attempted murder.

## CALIFORNIA SHOOTING AT CHURCH IN LAGUNA WOODS LEAVES ONE DEAD; CONGREGANTS HOG-TIED GUNMAN



The Geneva Presbyterian Church is seen after a deadly shooting, in Laguna Woods, California, U.S. May 15, 2022.  REUTERS/David Swanson

### POLICE IDENTIFY SUSPECT IN LAGUNA WOODS CHURCH SHOOTING

If Chou is convicted of all charges, which also includes four counts of possession of an explosive device, enhancements of lying in wait and personal discharge of a firearm causing death, he could face the death penalty.

Last month, Orange County Sheriff Don Barnes called the shootings a "politically motivated hate incident" and said Chou is believed to have "specifically targeted the Taiwanese community."

Chou left notes in his car written in Chinese saying he did not believe Taiwan should be independent of China, Barnes said. The man appeared to take issue with Taiwanese people because of how he was treated when he was living in Taiwan, the sheriff said.

26-60238.15390

REJECTED EXHIBITS

Prosecutors say Chou entered Geneva Presbyterian Church in Laguna Woods, California, where the Irvine Taiwanese Presbyterian Church rents space, with two handguns, several backpacks holding extra magazines and four Molotov cocktail devices.



The Geneva Presbyterian Church is seen after a deadly shooting, in Laguna Woods, California, U.S. May 15, 2022.  REUTERS/David Swanson

**HERO PASTOR HELPED STOP LAGUNA WOODS CHURCH SHOOTER BY HITTING HIM WITH CHAIR**



<span style="color:red">26-60238.15391</span>        <span style="color:red">REJECTED EXHIBITS</span>

He reportedly hid the backpacks in a banquet hall in the church and chained several doors shut.

Upon Chou opening fire on the congregation, Cheng attempted to fight back but was shot and killed. The incident involved five other people getting shot, but they all survived.

Following Cheng's efforts to stop Chou, visiting Pastor Billy Chang ran up to the gunman and struck him with a chair. Chang was making his first visit to the church since moving to Taiwan two years ago.

Chang said he knocked Chou to the floor before hogtying him with an electric cord with the assistance of other parishioners, according to officials and eyewitness accounts.

**CLICK HERE TO GET THE FOX NEWS APP**

"He got scared. I don't think he expected someone to attack him," Chang told The Los Angeles Times.

Source Fox News

Continue Reading

REJECTED EXHIBITS


Exhibit
EMP 3335

# Amazon workers at NYC site to vote in second union election

foxbusiness.com/technology/voting-opens-amazon-second-union-election-new-york-city

Reuters

close



video

## Fox Business Flash top headlines for April 22

Check out what's clicking on Foxbusiness.com.

Amazon.com Inc workers on Monday are set to vote on whether to unionize a second warehouse in the New York City borough of Staten Island as organizing efforts at the retailer gain steam.

Employees at the LDJ5 sortation center are weighing whether to join the Amazon Labor Union (ALU), a group led by current and former warehouse workers. Associates at a larger facility known as JFK8 recently voted to join the ALU and create Amazon's first organized workplace in the United States.

A second election win would underscore the ALU's potential to organize more facilities at Amazon, the second largest U.S. private employer and could help spur more organizing efforts at other companies across the country.

26-60238.15393     REJECTED EXHIBITS     E-3335

## COUNTY GRANTS APPROVAL FOR AMAZON'S HELIX-SHAPED HQ TOWER

Amazon workers from more than 100 other U.S. worksites have expressed interest in unionizing, according to the labor group.

A loss would point to the tough road ahead. Amazon is contesting the JFK8 vote before the U.S. National Labor Relations Board, and the company has told workers that unions cannot guarantee better pay or benefits.

The company has said it wants workers' voices to be heard and claims that its opponents depressed turnout at JFK8. The ALU has dismissed the allegations.



Workers stand in line to cast ballots for a union election at Amazon's JFK8 distribution center, in the Staten Island borough of New York City, U.S., March 25, 2022. REUTERS/Brendan McDermid./File Photo (REUTERS/Brendan McDermid./File Photo / Reuters Photos)

U.S. Senator Bernie Sanders and Congresswoman Alexandria Ocasio-Cortez rallied workers Sunday in Staten Island ahead of the LDJ5 vote.

"What this whole struggle is about is whether we continue to have an economy in which billionaires get much richer while the middle class shrinks, or whether we have an economy that works for all," Sanders said.

## AMAZON WAREHOUSE INJURY RATE CLIMBED 20% IN 2021

26-60238.15394

REJECTED EXHIBITS

Derrick Palmer, the union's vice president of organizing, said: "Now that we've won, I'm just glad that everyone's finally waking up and realizing the power that we have."

**GET FOX BUSINESS ON THE GO BY CLICKING HERE**

The public ballot count is expected to begin May 2.

26-60238.15395

REJECTED EXHIBITS

**Exhibit**

**EMP 3336**

# A 2nd Amazon warehouse on Staten Island begins voting on a union

ideastream.org/news/a-2nd-amazon-warehouse-on-staten-island-begins-voting-on-a-union

April 25, 2022



Can an upstart, independent union stage a repeat victory?

That's the question on Staten Island this week as more Amazon warehouse workers vote on whether to join the Amazon Labor Union.

Roughly 1,500 workers who work in a facility sorting packages for delivery are eligible to vote in the election. Voting, which is taking place in person under a tent outside the warehouse, began at 4:30 a.m. on Monday and concludes at 11 p.m. on Friday.

The election comes less than a month after the Amazon Labor Union won a historic victory, unionizing the first Amazon warehouse in the U.S. — a massive facility across the street where some 8,300 workers pick and package up items for customer orders. Led by former

and current Amazon workers, the Amazon Labor Union accomplished what well-established unions with deep pockets had long set their sights on but failed to accomplish.

The Amazon Labor Union is calling for longer breaks, better health and safety policy, and raises, among other demands. In Amazon warehouses, the work is fast-paced and physically demanding, with workers lifting packages as heavy as 50 pounds.

In the weeks since the union's win, union president Chris Smalls says he's heard from workers at more than a hundred other Amazon facilities, expressing interest in unionizing.

Meanwhile, Amazon continues to fight back, spending millions of dollars on anti-union consultants and filing objections in the election it lost.

Amazon says the National Labor Relations Board's regional office in Brooklyn, which oversaw the election, favored the union and facilitated its victory. The company also raised objections to some of the Amazon Labor Union's actions, charging that organizers harassed and threatened employees who weren't supporting the union and handed out marijuana to workers in return for their support. In fact, the union organizers have spoken openly about providing workers with marijuana, but not as a bribe.

A hearing will be held to consider these objections at a future date.

Meanwhile, the union election at an Amazon warehouse in Bessemer, Alabama, still hangs in the balance, with hundreds of contested ballots unresolved. Both Amazon and the Amazon Labor Union have filed objections in that election.

And a petition for a union election at a 200-person Amazon facility in Bayonne, New Jersey, was withdrawn just days after it was filed. The union behind the petition, Local 713 International Brotherhood of Trade Union, has no contact name or number on its website. Since 2012, two of its leaders have been indicted on corruption chargers. A lawyer for the union declined further comment on the election petition or its withdrawal.

Copyright 2022 NPR. To see more, visit https://www.npr.org.

26-60238.15397

REJECTED EXHIBITS

Exhibit

EMP 3337



# A 2nd Amazon warehouse on Staten Island begins voting on a union

**npr.** npr.org/2022/04/25/1094397542/second-amazon-warehouse-staten-island-voting-labor-union-workers



## Business

April 25, 2022 5:15 AM ET

Heard on Morning Edition



Andrea Hsu

Twitter

**A 2nd Amazon warehouse on Staten Island begins voting on a union**

**Listen · 3:52** 3:52

- **Download**

26-60238.15398              REJECTED EXHIBITS              E-3337

- ```
  <iframe src="https://www.npr.org/player/embed/1094397542/1094592505"
  width="100%" height="290" frameborder="0" scrolling="no" title="NPR
  embedded audio player">
  ```

- **<u>Transcript</u>**



<u>Enlarge this image</u>
Workers walk to cast their votes over whether or not to unionize, at an Amazon warehouse on Staten Island on March 25, 2022. Another Amazon warehouse across the street began voting on a union on Monday. **Ed Jones/AFP via Getty Images hide caption**

**toggle caption**
Ed Jones/AFP via Getty Images

Workers walk to cast their votes over whether or not to unionize, at an Amazon warehouse on Staten Island on March 25, 2022. Another Amazon warehouse across the street began voting on a union on Monday.

Ed Jones/AFP via Getty Images
Can an upstart, independent union stage a repeat victory?

That's the question on Staten Island this week as more Amazon warehouse workers vote on whether to join the Amazon Labor Union.

Roughly 1,500 workers who work in a facility sorting packages for delivery are eligible to vote in the election. Voting, which is taking place in person under a tent outside the warehouse, began at 4:30 a.m. on Monday and concludes at 11 p.m. on Friday.

26-60238.15399          REJECTED EXHIBITS



The election comes less than a month after the <u>Amazon Labor Union won a historic victory</u>, unionizing the first Amazon warehouse in the U.S. — a massive facility across the street where some 8,300 workers pick and package up items for customer orders. Led by former and current Amazon workers, the Amazon Labor Union accomplished what well-established unions with deep pockets had long set their sights on but failed to accomplish.

The Amazon Labor Union is calling for longer breaks, better health and safety policy, and raises, among other demands. In Amazon warehouses, the work is fast-paced and physically demanding, with workers lifting packages as heavy as 50 pounds.

<u>Enlarge this image</u>
Amazon Labor Union president Chris Smalls speaks following the April 1, 2022, vote if favor of unionization, a first for Amazon facilities in the U.S. **Andrea Renault/AFP via Getty Images hide caption**

**toggle caption**
Andrea Renault/AFP via Getty Images

Amazon Labor Union president Chris Smalls speaks following the April 1, 2022, vote if favor of unionization, a first for Amazon facilities in the U.S.

Andrea Renault/AFP via Getty Images
In the weeks since the union's win, <u>union president Chris Smalls</u> says he's heard from workers at more than a hundred other Amazon facilities, expressing interest in unionizing.

Meanwhile, Amazon continues to fight back, spending millions of dollars on anti-union consultants and filing objections in the election it lost.



Amazon says the National Labor Relations Board's regional office in Brooklyn, which oversaw the election, favored the union and facilitated its victory. The company also raised objections to some of the Amazon Labor Union's actions, charging that organizers harassed

26-60238.15400

REJECTED EXHIBITS

and threatened employees who weren't supporting the union and handed out marijuana to workers in return for their support. In fact, the union organizers have spoken openly about providing workers with marijuana, but not as a bribe.

A hearing will be held to consider these objections at a future date.



Meanwhile, the union election at an Amazon warehouse in Bessemer, Alabama, still hangs in the balance, with hundreds of contested ballots unresolved. Both Amazon and the Amazon Labor Union have filed objections in that election.

And a petition for a union election at a 200-person Amazon facility in Bayonne, New Jersey, was withdrawn just days after it was filed. The union behind the petition, Local 713 International Brotherhood of Trade Union, has no contact name or number on its website. Since 2012, two of its leaders have been indicted on corruption chargers. A lawyer for the union declined further comment on the election petition or its withdrawal.

26-60238.15401

REJECTED EXHIBITS

**Exhibit**

**EMP 3338**

exhibitsticker.com

# Amazon Abruptly Fires Senior Managers Tied to Unionized Warehouse

nytimes.com/2022/05/06/technology/amazon-fires-managers-union-staten-island.html

Karen Weise, Noam Scheiber

May 6, 2022



Continue reading the main story

After Amazon employees at a massive warehouse on Staten Island scored an upset union victory last month, it turned the union's leaders into celebrities, sent shock waves through the broader labor movement and prompted politicians around the country to rally behind Amazon workers. Now it also appears to have created fallout within Amazon's management ranks.

On Thursday, Amazon informed more than half a dozen senior managers involved with the Staten Island warehouse that they were being fired, said four current and former employees with knowledge of the situation, who spoke on the condition of anonymity out of fear of retaliation.

The firings, which occurred outside the company's typical employee review cycle, were seen by the managers and other people who work at the facility as a response to the victory by the Amazon Labor Union, three of the people said. Workers at the warehouse voted by a wide margin to form the first union at the company in the United States, in one of the biggest victories for organized labor in at least a generation.

Word of the shake-up spread through the warehouse on Thursday. Many of the managers had been responsible for carrying out the company's response to the unionization effort. Several were veterans of the company, with more than six years of experience, according to

their LinkedIn profiles.

Workers who supported the union complained that the company's health and safety protocols were too lax, particularly as they related to Covid-19 and repetitive strain injuries, and that the company pushed them too hard to meet performance targets, often at the expense of sufficient breaks. Many also said pay at the warehouse, which starts at over $18 per hour for full-time workers, was too low to live on in New York City.

## Understand the Unionization Efforts at Amazon

- **Beating the Giant:** A homegrown, low-budget push to unionize at a Staten Island warehouse led to a historic labor victory. (Workers at another nearby Amazon facility rejected joining a similar effort shortly after.)
- **Retaliation:** Weeks after the landmark win, Amazon fired several managers in Staten Island. Some see it as retaliation for their involvement in the unionization efforts.
- **Diverging Outcomes:** Why has a union campaign at Starbucks spread so much further than at the e-commerce giant?
- **Amazon's Approach:** The company has countered unionization efforts with mandatory "training" sessions that carry clear anti-union messages.

An Amazon spokeswoman said the company had made the management changes after spending several weeks evaluating aspects of the "operations and leadership" at JFK8, which is the company's name for the warehouse. "Part of our culture at Amazon is to continually improve, and we believe it's important to take time to review whether or not we're doing the best we could be for our team," said Kelly Nantel, the spokeswoman.

The managers were told they were being fired as part of an "organizational change," two people said. One of the people said some of the managers were strong performers who recently received positive reviews.

The Staten Island facility is Amazon's only fulfillment center in New York City, and for a year current and former workers at the facility organized to form an upstart, independent union.

The company is challenging the election, saying that the union's unconventional tactics were coercive and that the National Labor Relations Board was biased in the union's favor. And the union is working to maintain the pressure on Amazon so it will negotiate a contract.

Christian Smalls, the president of the Amazon Labor Union, testified on Thursday before a Senate committee that was exploring whether companies that violate labor laws should be denied federal contracts. Mr. Smalls later attended a White House meeting with other labor organizers in which he directly asked President Biden to press Amazon to recognize his union.

26-60238.15403

REJECTED EXHIBITS

A White House spokeswoman said it was up to the National Labor Relations Board to certify the results of the recent election but affirmed that Mr. Biden had long supported collective bargaining and workers' rights to unionize.

Amazon has said that it invested $300 million on safety projects in 2021 alone and that it provides pay above the minimum wage with solid benefits like health care to full-time workers as soon as they join the company.

More than 8,000 workers at the warehouse were eligible to vote, and the union made a point of reaching out to employees from different ethnic groups, including African Americans, Latinos and immigrants from Africa and Asia, as well as those of different political persuasions, from conservatives to progressives.

Company officials and consultants held more than 20 mandatory meetings per day with employees in the run-up to the election, in which they sought to persuade workers not to support the union. The officials highlighted the amount of money that the union would collect from them and emphasized the uncertainty of collective bargaining, which they said could leave workers worse off.

Labor experts say such claims can be misleading because it is highly unusual for workers to see their compensation fall as a result of the bargaining process.

Roughly one month after the union victory at JFK8, Amazon workers at a smaller facility nearby voted against unionizing by a decisive margin.

The votes came during what could be an inflection point for organized labor. While the rate of union membership reached its lowest point in decades last year (about 10 percent of U.S. workers) petitions to hold union elections were up more than 50 percent over the previous year during the six months ending in March, according to the National Labor Relations Board. The number of petitions is on pace to reach its highest point in at least a decade.

Since December, workers at Starbucks have won initial union votes at more than 50 stores nationwide, while workers have organized or sought to organize at other companies that did not previously have unions, such as Apple and the outdoor apparel retailer REI.

Grace Ashford contributed reporting. Sheelagh McNeill contributed research.

26-60238.15404

REJECTED EXHIBITS

# Amazon abruptly fires senior managers tied to unionized warehouse

Exhibit

EMP 3339

May 6, 2022



NEW YORK — After Amazon employees at a massive warehouse on Staten Island scored an upset union victory last month, it turned the union's leaders into celebrities, sent shock waves through the broader labor movement and prompted politicians around the country to rally behind Amazon workers. Now it also appears to have created fallout within Amazon's management ranks.

On Thursday, Amazon informed more than a half-dozen senior managers involved with the Staten Island warehouse that they were being fired, according to four current and former employees with knowledge of the situation who spoke on the condition of anonymity out of fear of retaliation.

The firings, which occurred outside the company's typical employee review cycle, were seen by the managers and other people who work at the facility as a response to the victory by the Amazon Labor Union, three of the people said. Workers at the warehouse voted by a wide margin to form the first union at the company in the United States, in one of the biggest victories for organized labor in at least a generation.

## Related

Amazon's anti-union meetings deemed illegal by labor officials

26-60238.15405          REJECTED EXHIBITS          E-3339

Word of the shake-up spread through the warehouse Thursday. Many of the managers had been responsible for implementing the company's response to the unionization effort. Several were veterans of the company, with more than six years of experience, according to their LinkedIn profiles.

Workers who supported the union complained that the company's health and safety protocols were too lax, particularly as they related to COVID-19 and repetitive strain injuries, and that the company pushed them too hard to meet performance targets, often at the expense of sufficient breaks. Many also said that pay at the warehouse, which starts at more than $18 per hour for full-time workers, was too low to live on in New York City.

## Related Read more Workplace stories

More

Advertising
Skip AdSkip AdSkip Ad

Amazon spokesperson Kelly Nantel said the company made the management changes after it had spent several weeks evaluating aspects of the "operations and leadership" at JFK8, which is the company's name for the warehouse. "Part of our culture at Amazon is to continually improve," said Nantel, "and we believe it's important to take time to review whether or not we're doing the best we could be for our team."

The managers were told they were being fired as part of an "organizational change," two people said. One person said some of the managers were strong performers who had recently received positive reviews.

The Staten Island facility is Amazon's only fulfillment center in New York City, and for a year current and former workers at the facility organized to form an upstart independent union.

The company is challenging the election, saying the union's unconventional tactics were coercive and that the National Labor Relations Board was biased in the union's favor. And the union is working to maintain the pressure on Amazon so it will negotiate a contract.

Christian Smalls, president of the Amazon Labor Union, testified Thursday before a U.S. Senate committee that was exploring whether companies that violate labor laws should be denied federal contracts. Smalls later attended a White House meeting with other labor organizers in which he directly asked President Joe Biden to press Amazon to recognize his union.

A White House spokesperson said that it was up to the NLRB to certify the results of the recent election, but affirmed that Biden had long supported collective bargaining and workers' rights to unionize.

Advertising
Skip Ad

26-60238.15406          REJECTED EXHIBITS

Amazon has said that it invested $300 million on safety projects in 2021 alone and that it provides pay above the minimum wage with solid benefits like health care to full-time workers as soon as they join the company.

Company officials and consultants held more than 20 mandatory meetings per day with employees in the run-up to the election, in which they sought to persuade workers not to support the union. The officials highlighted the amount of money that the union would collect from them and emphasized the uncertainty of collective bargaining, which they said could leave workers worse off.

Labor experts say that such claims can be misleading because it is highly unusual for workers to see their compensation fall as a result of the union bargaining process.

This story was originally published at nytimes.com. Read it here.

26-60238.15407

REJECTED EXHIBITS


# Amazon abruptly fires senior managers tied to unionised warehouses

b bdnews24.com/business/2022/05/07/amazon-abruptly-fires-senior-managers-tied-to-unionised-warehouses

>> Karen Weise and Noam Scheiber, The New York Times

Published: 07 May 2022 07:20 PM BdST Updated: 07 May 2022 07:20 PM BdST



Amazon employees line up to vote on unionising in the parking lot of the JFK8 fulfilment centre in Staten Island, Mar 25, 2022. DeSean McClinton-Holland/The New York Times

After Amazon employees at a massive warehouse on Staten Island scored an upset union victory last month, it turned the union's leaders into celebrities, sent shock waves through the broader labour movement and prompted politicians around the country to rally behind Amazon workers. Now it also appears to have created fallout within Amazon's management ranks.

On Thursday, Amazon informed more than a half-dozen senior managers involved with the Staten Island warehouse that they were being fired, said four current and former employees with knowledge of the situation who spoke on the condition of anonymity out of fear of retaliation.

The firings, which occurred outside the company's typical employee review cycle, were seen by the managers and other people who work at the facility as a response to the victory by the Amazon Labor Union, three of the people said. Workers at the warehouse voted by a wide

margin to form the first union at the company in the United States, in one of the biggest victories for organised labour in at least a generation.

Word of the shake-up spread through the warehouse Thursday. Many of the managers had been responsible for carrying out the company's response to the unionisation effort. Several were veterans of the company, with more than six years of experience, according to their LinkedIn profiles.

Workers who supported the union complained that the company's health and safety protocols were too lax, particularly as they related to COVID-19 and repetitive strain injuries, and that the company pushed them too hard to meet performance targets, often at the expense of sufficient breaks.

Many also said that pay at the warehouse, which starts at more than $18 per hour for full-time workers, was too low to live on in New York City.

An Amazon spokesperson said the company had made the management changes after spending several weeks evaluating aspects of the "operations and leadership" at JFK8, which is the company's name for the warehouse. "Part of our culture at Amazon is to continually improve, and we believe it's important to take time to review whether or not we're doing the best we could be for our team," said Kelly Nantel, the spokesperson.

The managers were told they were being fired as part of an "organisational change," two people said. One of the people said some of the managers were strong performers who recently received positive reviews.

The Staten Island facility is Amazon's only fulfilment centre in New York City, and for a year current and former workers at the facility organised to form an upstart, independent union.

The company is challenging the election, saying that the union's unconventional tactics were coercive and that the National Labor Relations Board was biased in the union's favour. And the union is working to maintain the pressure on Amazon so it will negotiate a contract.

Christian Smalls, president of the Amazon Labor Union, testified Thursday before a Senate committee that was exploring whether companies that violate labour laws should be denied federal contracts. Smalls later attended a White House meeting with other labour organisers in which he directly asked President Joe Biden to press Amazon to recognise his union.

A White House spokesperson said that it was up to the NLRB to certify the results of the recent election but affirmed that Biden had long supported collective bargaining and workers' rights to unionise.

Amazon has said that it invested $300 million on safety projects in 2021 alone and that it provides pay above the minimum wage with solid benefits like health care to full-time workers as soon as they join the company.

26-60238.15409

REJECTED EXHIBITS

More than 8,000 workers at the warehouse were eligible to vote, and the union made a point of reaching out to employees from different ethnic groups, including African Americans, Latinos and immigrants from Africa and Asia, as well as those of different political persuasions, from conservatives to progressives.

Company officials and consultants held more than 20 mandatory meetings per day with employees in the run-up to the election, in which they sought to persuade workers not to support the union. The officials highlighted the amount of money that the union would collect from them and emphasised the uncertainty of collective bargaining, which they said could leave workers worse off.

Labour experts say that such claims can be misleading because it is highly unusual for workers to see their compensation fall as a result of the bargaining process.

Roughly one month after the union victory at JFK8, Amazon workers at a smaller facility nearby voted against unionising by a decisive margin.

The votes came during what could be an inflection point for organised labour. While the rate of union membership reached its lowest point in decades last year — about 10% of US workers — petitions to hold union elections were up more than 50% over the previous year during the six months ending in March, according to the NLRB. The number of petitions is on pace to reach its highest point in at least a decade.

Since December, workers at Starbucks have won initial union votes at more than 50 stores nationwide, while workers have organised or sought to organise at other companies that did not previously have unions, such as Apple and outdoor-apparel retailer REI.

© 2022 The New York Times Company

26-60238.15410

REJECTED EXHIBITS


Exhibit
EMP 3341

# Labor agency says Amazon union meeting complaints are valid

news7g.com/labor-agency-says-amazon-union-meeting-complaints-are-valid/

May 7, 2022



Workers stand in line to vote for a union election at Amazon's JFK8 distribution center, in the Staten Island district of New York City, U.S. March 25, 2022.

Brendan Mcdermid | Reuters

The National Labor Relations Board succeeded in taking charge of the union Amazon violated labor law on New York City's Staten Island by holding mandatory worker meetings to persuade its employees not to associate with one another.

In the past, labor councils have allowed employees to delegate such meetings, which are held regularly at companies like Amazon and Starbucks in union driving sessions.

But in one Remember board Sent to the agency's field offices last month, NLRB General Counsel Jennifer Abruzzo said she believes the meetings, often referred to as "detained subject meetings," are against labor law and will seek to outlaw them.

26-60238.15411     REJECTED EXHIBITS     E-3341    1/2

The agency's decision was shared Friday with an attorney representing the Amazon Labor Federation, which filed the allegation with America's first successful organizing effort in the history of the retail giant.

The attorney, Seth Goldstein, called it "a big win."

"These meetings have been legal for over 70 years," an Amazon spokesperson said. "Like many other companies, we hold these meetings with our employees because it's important that people understand the facts about unionization and the election process itself."

An NLRB spokesperson said the agency will bring complaints against Amazon unless the retailer agrees to a settlement. If the company fails to resolve the complaint, the complaint will trigger an administrative court process where both parties can sue the case.

Bloomberg news agency first reported on the agency's determination.

The agency also found merit in an allegation from the union that the company indicated to workers that they could be fired if they voted for the union and threatened to withhold benefits if they chose to do so. , according to an email from Matt Jackson, an attorney. NLRB field office in Brooklyn.

Amazon spokeswoman Kelly Nantel said in a statement: "These allegations are untrue and we look forward to showing that through this process.

The Retail, Wholesale, and Department Store Alliance, a coalition that runs a separate organizing effort in Alabama, also filed a complaint about the required meetings.

The e-commerce giant filed a protest against the union election that led to a labor victory, claiming organizers and the agency's Brooklyn regional office acted in a way that contaminated the election. vote. A hearing on its claims is scheduled for later this month.

League lose another election earlier this week at another Staten Island Amazon warehouse.

***Subscribe to CNBC on YouTube.***

Source link

Tags
Amazon.com Inc business business newsletter Latest news: Technology Starbucks Corp Technology

26-60238.15412

REJECTED EXHIBITS



Exhibit

EMP 3342

# Amazon fires two employees tied to Staten Island union effort

alpes-holidays.com/amazon-fires-two-employees-tied-to-staten-island-union-effort/

admin                                                                May 9, 2022



Workers stand in line to cast ballots for a union election at Amazon's JFK8 distribution center, in the Staten Island borough of New York City, US March 25, 2022.

Brendan Mcdermid | Reuters

Amazon has fired two employees tied to an organizing campaign that resulted in the company's first unionized warehouse in the US

Mat Cusick and Tristan Dutchin told CNBC they were fired by Amazon in recent days. Both Cusick and Dutchin have been working with the Amazon Labor Union, an upstart group led by current and former company employees, to organize workers at the e-commerce giant's warehouses on New York's Staten Island.

The ALU notched a historic win last month, when workers at Amazon's largest warehouse in New York City, known as JFK8, voted to join the union. The ALU hoped to replicate its success at a smaller facility nearby, called LDJ5, but the site rejected unionization last week. Still, the victory at JFK8 has spurred organizing efforts at other Amazon warehouses, and the ALU has received high-profile recognition, most notably from President Joe Biden.

Dutchin, who worked as a package picker at JFK8 for almost a year, said he was fired on Saturday after he wrapped up his shift. Amazon told him he had failed to meet the company's productivity goals, which require employees to pick hundreds of packages per hour.

Dutchin said he'd received previous warnings from Amazon about his performance, but had since received additional training. Dutchin said his manager even congratulated him recently on his improved performance.

Cusick, who serves as ALU's communications director, said he was fired last week after going on "Covid care leave," which allows employees to care for family members sick with Covid-19.

A woman holds a placard as Amazon and union workers attend rally outside the company building on April 24, 2022, in the Staten Island borough of New York City.

Kena Betancur | AFP | Getty Images

An employee from Amazon's human resources department allowed him to go on leave until April 29, Cusick said. But on April 30, he received an email from Amazon saying he had been absent from his job for three days, which was grounds for firing, Cusick said.

The next day, Cusick, who sorted packages for delivery at an Amazon facility called DYY6, near JFK8, discovered he'd been locked out of Amazon's internal employee portal.

"I called the ERC," Cusick said, referring to the employee resource center, "and said, 'What's going on, it looks like I've been terminated.'"

"I think the first person may have said I wasn't terminated," he said. "" I went from China, to India, to a few different teams in the US, and everybody had a different take on what was going on. "

On May 3, Cusick received a letter from Amazon informing him that he'd been fired "due to job abandonment," according to a copy of the letter viewed by CNBC.

Amazon's employee HR systems have been a subject of scrutiny in the past. Investigations by the New York Times and Bloomberg identified issues with the heavily automated system, which has struggled to keep pace with the company's rapidly expanding workforce, particularly during the coronavirus pandemic.

Cusick described his dismissal as "an automated termination."

"Amazon's systems are almost entirely digital," Cusick said. "I was locked out of the system where all that material is stored. I'm locked out of the building so I can't even go to the building where I work to talk to the people inside."

26-60238.15414

REJECTED EXHIBITS

Vice earlier reported on the firings. It is unclear if the dismissals were in retaliation for the workers' organizing efforts, and representatives from Amazon did not immediately respond to a request for comment.

## 'They pay attention to that stuff'

Amazon has previously fired employees who were outspoken critics of the company's labor practices, including Chris Smalls, president of ALU. Amazon was recently ordered to give JFK8 employee Gerald Bryson his job back after a judge found the company "unlawfully" fired him two years ago for participating in a pandemic protest.

"I've been doing interviews, going to rallies," Dutchin said. "Me being part of the ALU and making national headlines, they pay attention to that stuff."

The union victory at JFK8 was a major win for labor groups, which have sought to organize Amazon facilities for several years. For the ALU, the challenges aren't over, as it now has to try and negotiate a collective bargaining agreement with Amazon, which has already sought to delay a contract by challenging the election outcome in court.

In addition to firing an organizer at JFK8, the company has also made changes to the site's upper ranks in recent days.

Amazon last week fired at least half a dozen senior managers at JFK8, the New York Times reported. Amazon spokeswoman Kelly Nantel said the firings were a result of several weeks of evaluations of "operations and leadership" at JFK8. But the fired managers saw the move as a response to the recent union victory, according to the Times.

While Amazon may be legally allowed to fire managers who are not part of the bargaining unit, the company could face a further fight from the National Labor Relations Board for dismissing union organizers, said Tom Kochan, a professor at the MIT Sloan School of Management.

"It's clearly immoral and a violation of the law to fire union organizers, but it may pay off for the firm to do so because the penalties are so weak," Kochan said. "It's also very difficult to enforce the law to prove that the worker was fired for union activity, rather than not showing up on time or somehow doing the job effectively."

**WATCH:** Amazon Labor Union wins

.

26-60238.15415

REJECTED EXHIBITS

Exhibit

EMP 3343

# Amazon fired two workers who helped organize its first union

**e** engadget.com/amazon-labor-union-workers-fired-jfk8-182140546.html

Kris Holt



Brendan McDermid / reuters

Weeks after its workers <u>won a union election for the first time</u>, Amazon fired two of the employees who were involved in organization efforts. It's the first time Amazon has forced out workers involved in the union drive since the election win on April 1, according to <u>*Motherboard*</u>, though it's not whether the company took these actions in retaliation.

Mat Cusick, a warehouse worker and communications lead for the <u>Amazon Labor Union</u> (ALU), was on <u>COVID-19 leave</u> to care for a loved one when he received notice of his firing on May 3rd, he told the outlet. The reason Amazon gave was that it let go Cusick for "voluntary resignation due to job abandonment."

Fellow organizer Tristan Dutchin said he was fired four days later for failing to meet productivity targets. "I believe it was retaliatory," Dutchin, who has been a vocal union advocate <u>in the press</u>, told *Motherboard*.

26-60238.15416               REJECTED EXHIBITS         E-3343

Amazon has fired workers on both sides of labor organizing drives at JFK8. In March 2020, the company underline{terminated the employment} of Chris Smalls, who led a protest over Amazon's alleged failure to protect workers from COVID-19. Smalls is now the president of ALU. In April, the company was underline{ordered to reinstate} a JFK8 worker who it fired after a protest two years earlier.

Last week, Amazon underline{let go six senior managers} who were said to have been involved in the company's underline{anti-union efforts} at JFK8. Amazon said it pushed them out as part of "management changes." Some believed they were fired as a result of the union's election win.

Amazon has underline{challenged} the election result underline{in court}. It has yet to recognize the ALU. Engadget has contacted Amazon for comment.

*All products recommended by Engadget are selected by our editorial team, independent of our parent company. Some of our stories include affiliate links. If you buy something through one of these links, we may earn an affiliate commission.*

26-60238.15417

REJECTED EXHIBITS

# Amazon fires two employees linked to Staten Island union efforts

🗨 spamchronicles.com/amazon-fires-two-employees-linked-to-staten-island-union-efforts/

May 9, 2022



Workers queue to cast ballots for a union election at Amazon's JFK8 distribution center in the Staten Island borough of New York, March 25, 2022.

Brendan McDermid | Reuters

Amazon has fired two employees linked to an organizing drive that led to the company's first unionized warehouse in the US

Mat Cusick and Tristan Dutchin told CNBC they were fired from Amazon in recent days. Both Cusick and Dutchin have worked with the Amazon Labor Union, a burgeoning group led by current and former employees at the company, to organize workers at the e-commerce giant's Staten Island warehouses in New York.

The ALU scored a historic victory last month when workers at Amazon's largest department store in New York City, known as JFK8, voted to join the union. ALU hoped to replicate its success at a smaller facility nearby called LDJ5, but the site declined to organize last week. Still, the win at JFK8 spurred organizing efforts at other Amazon warehouses, and ALU has garnered high-profile recognition, most notably from President Joe Biden.

26-60238.15418

REJECTED EXHIBITS

E-3344

1/3

Dutchin, who worked as a package picker at JFK8 for nearly a year, said he was fired on Saturday after finishing his shift. Amazon told him it hadn't met the company's productivity goals, which required workers to pick hundreds of packages an hour.

Dutchin said he received previous warnings from Amazon about his performance but has since received additional training. Dutchin said his manager even congratulated him on his improved performance recently.

Cusick, who serves as ALU's communications director, said he was sacked last week after going on "Covid care leave" which allows staff to look after family members who have contracted Covid-19.

A woman holds a placard as Amazon and union workers attend a rally in front of the company's building in the Staten Island neighborhood of New York, April 24, 2022.

Kena Betancur | AFP | Getty Images

An Amazon human resources worker gave him a leave of absence until April 29, Cusick said. But on April 30, he received an email from Amazon saying he was absent from work for three days, which is grounds for dismissal, Cusick said.

The next day, Cusick, who was sorting packages for delivery at an Amazon facility called DYY6 near JFK8, discovered he had been locked out of Amazon's internal employee portal.

"I called ERC," Cusick said, referring to the employee resource center, "and said, 'What's up, it looks like I've been fired.'"

"I think maybe the first person said I wasn't fired," he said. "I went from China to India to a few different teams in the US and everyone had a different take on what was going on went. "

On May 3, Cusick received a letter from Amazon telling him that he had been fired "for quitting a job," according to a copy of the letter seen by CNBC.

Amazon's employee HR systems have come under scrutiny in the past. Research from the New York Times and Bloomberg revealed issues with the heavily automated system, which has struggled to keep up with the company's rapidly expanding workforce, particularly during the coronavirus pandemic.

Cusick described his firing as "automatic termination".

"Amazon's systems are almost entirely digital," Cusick said. "I was locked out of the system where all the material is stored. I'm locked out of the building, so I can't even go into the building I work in to talk to the people inside."

26-60238.15419

REJECTED EXHIBITS

Vice previously reported on the layoffs. It's unclear if the layoffs were in retaliation for workers' organizing efforts, and Amazon officials did not immediately respond to a request for comment.

## "You Watch This Stuff"

Amazon has previously fired employees who have been outspoken critics of the company's labor practices, including Chris Smalls, the president of ALU. Amazon was recently ordered to give JFK8 employee Gerald Bryson his job back after a judge found the company "unlawfully" fired him two years ago for taking part in a pandemic protest.

"I gave interviews, went to rallies," Dutchin said. "I'm part of ALU and I make national headlines, they pay attention to this stuff."

The union victory at JFK8 was a major win for labor groups that have been trying to organize Amazonian facilities for several years. The challenges are not over for the ALU as it must now try to negotiate a collective agreement with Amazon, which has already tried to delay a deal by challenging the election result in court.

In addition to firing an organizer at JFK8, the company has also made changes to the site's upper echelons in recent days.

Amazon fired at least half a dozen senior executives at JFK8 last week, the New York Times reported. Amazon spokeswoman Kelly Nantel said the layoffs were the result of several weeks of "operations and leadership" assessments at JFK8. However, according to the Times, the sacked managers saw the move as a reaction to the recent union victory.

While Amazon may have legal rights to fire managers who aren't part of the bargaining unit, the company could face another fight from the National Labor Relations Board over firing union organizers, said Tom Kochan, a professor at MIT's Sloan School of Management .

"It is clearly immoral and against the law to fire union organizers, but it can pay off for the company to do so because the penalties are so light," Kochan said. "It's also very difficult to enforce the law to prove the worker was fired for union activity, rather than not showing up on time or somehow getting the job done effectively."

**WATCH:** Amazon union wins

26-60238.15420

REJECTED EXHIBITS

Exhibit

EMP 3345

# Amazon fired two workers who helped organize its first union

y! **yahoo.com**/entertainment/amazon-labor-union-workers-fired-jfk8-182140546.html

Kris Holt



In this article:



Oops!

Something went wrong.

Please try again later.

Prime Day Deals

Weeks after its workers <u>won a union election for the first time</u>, Amazon fired two of the employees who were involved in organization efforts. It's the first time Amazon has forced out workers involved in the union drive since the election win on April 1, according to _Motherboard_, though it's not whether the company took these actions in retaliation.

26-60238.15421     REJECTED EXHIBITS     E-3345

Mat Cusick, a warehouse worker and communications lead for the Amazon Labor Union (ALU), was on COVID-19 leave to care for a loved one when he received notice of his firing on May 3rd, he told the outlet. The reason Amazon gave was that it let go Cusick for "voluntary resignation due to job abandonment."

Fellow organizer Tristan Dutchin said he was fired four days later for failing to meet productivity targets. "I believe it was retaliatory," Dutchin, who has been a vocal union advocate in the press, told *Motherboard*.

Amazon has fired workers on both sides of labor organizing drives at JFK8. In March 2020, the company terminated the employment of Chris Smalls, who led a protest over Amazon's alleged failure to protect workers from COVID-19. Smalls is now the president of ALU. In April, the company was ordered to reinstate a JFK8 worker who it fired after a protest two years earlier.

Last week, Amazon let go six senior managers who were said to have been involved in the company's anti-union efforts at JFK8. Amazon said it pushed them out as part of "management changes." Some believed they were fired as a result of the union's election win.

Amazon has challenged the election result in court. It has yet to recognize the ALU. Engadget has contacted Amazon for comment.

---

Recommended Stories

- **US Harpoon missiles destroyed a heavily-armed Russian vessel in the Black Sea, say Ukraine's military**

  Ukraine's military said they have destroyed a heavily-armed Russian tug boat on the Black Sea using a Harpoon missile supplied by the US.

- **Living your best life is just a tap away**

  When you use the Bread Cashback Card, you earn unlimited 2% cash back plus no annual fee.

- **Bill Maher Argues Ron DeSantis Would Be a Better President Than Trump – Because 'He's Not Certifiably Insane'**

  And there's also that issue of "poop tweeting"

26-60238.15422

REJECTED EXHIBITS

- **Charles Barkley on PGA Tour players taking LIV Golf money: 'If somebody gave me $200 million I'd kill a relative'**

  Tell us how you really feel, Chuck.

- **A Royal Expert Says It Wasn't "Fair" for Harry and Meghan to Expect Will and Kate to Attend Lilibet's Birthday**

  A royal source said Prince Harry and Meghan Markle invited Prince William, Kate Middleton and their kids to Lilibet's birthday party, but were snubbed.

- **Macular Degeneration Signs Critical For Early Halt**

  People may not realize they have signs of macular degeneration. Look for critical symptoms.

- **Trump Incriminated Himself In 'Illegal' Election Plot Yet Again: George Conway**

  Maybe "someone should tell him that he has the right to remain silent and anything he says can and will be used against him in a court of law," said Conway.

- **Prince William shares charming family photo for Father's Day**

  Well the children are certainly enjoying themselves, even if Prince William looks slightly anxious that little Louis may be about to tug his ears.

- **A Walgreens Employee Was Accused Of Killing His Teenage Coworker Who Had Rejected His Advances**

  Riley Whitelaw, 17, who was killed in a Walgreens employee break room, had previously complained to management that her coworker's advances made her uncomfortable.View Entire Post ›

- •MobiSpirit
  - ☀$☀Why this Ad?
  - 
  - 

  - Y+Go ad-free*
  **She Couldn't Keep Quiet Any Longer...**

  New Details Emerge: She Breaks The $8 Million NDA: The Incredible Life Story Of Tiger Woods, The Greatest Golfer Ever

26-60238.15423      REJECTED EXHIBITS

- 
### Princess Diana Allegedly Had a Crush on a Popular 1980s Singer Who Frequently Called Her 'My Darling'

It's not a big secret that Princess Diana and Prince Charles' marriage was an unhappy one. So it's not a surprise Diana allegedly developed a crush on one of her A-list friends back in the 1980s — specifically with George Michael. In the upcoming biography by James Gavin called George Michael: A Life, he explores […]

- 
### Andrew Wiggins' priceless Steph Curry answer on NBA Finals MVP debate

Andrew Wiggins was incredible on the court during the NBA Finals, but even he knows Steph Curry had the performance of a lifetime.

- 
### Raging William Is 'in Mourning' Over Ruined Relationship With Harry, New Report Claims

Samir Hussein/GettyPrince William is "in mourning" for his relationship with his brother Prince Harry, alternating between sadness and anger "about what his brother has done," according to a new report published Friday.According to an excerpt of an in-depth series of articles on Prince William to be published ahead of his 40th birthday next week, the Daily Mail's Mail + cites a friend of William as saying, "He alternates between grieving for what he has lost and feeling really, really angry abou

- 
  •System1 | Search Ads
    o $ Why this Ad?
    o
    o

    o **Y+**Go ad-free*
### Hourly Rates of Attorneys in Council Bluffs May Be Great

See hourly rates of attorneys (You May Be Happy You Checked). Look for hourly attorney rates.

- 
### Camila Cabellos's Sculpted Booty And Abs Sizzle In A Blue String Bikini

Singer Camila Cabello shows off her strong core and sculpted booty in a tiny, blue string bikini on a Miami beach. She was also spotted with a new guy in LA.

- 
  **Stephen Curry's Son Cuddles Up to Dad as They Celebrate His NBA Finals Win**

  After Stephen Curry clinched his fourth NBA championship, his wife Ayesha Curry snapped the sweetest photo of the MVP with his son Canon showing off his trophies.

- 
  **Building anger in rural New Mexico erupts in election crisis**

  Behind the raw public frustration and anger over election security that has played out this week in New Mexico was a hint of something deeper -- a growing divide between the state's Democratic power structure and conservative rural residents who feel their way of life is under attack. In Otero County, where the crisis over certifying the state's June 7 primary election began, County Commissioner Vickie Marquardt struck a defiant tone as she relented under pressure from the state's Democratic attorney general, Democratic secretary of state and a state Supreme Court dominated by Democratic appointees. "If we get removed from office, nobody is going to be here fighting for the ranchers, and that's where our fight should be right now," said Marquardt, the commission chairwoman in a county where former President Donald Trump won nearly 62% of the vote in 2020.

- 
  •FinanceBuzz
    - $ Why this Ad?
    - 
    - 

    - Y+ Go ad-free*
  **6 Brilliant Ways To Build Wealth After 40**

  We did the research so that you don't have to. Explore our best ways to help grow and achieve your financial goals today.

- 
  **Watch: Justin Thomas goes on expletive-laden rant after not getting relief from drain at U.S. Open**

  Tell us how you really feel, JT.

26-60238.15425     REJECTED EXHIBITS

- **Biden takes spill while getting off bike after beach ride**

President Joe Biden fell when he tried to get off his bike at the end of a ride Saturday at Cape Henlopen State Park near his beach home in Delaware, but wasn't hurt in the tumble. Biden, 79, and first lady Jill Biden were wrapping up a morning ride when the president decided to pedal over to a crowd of well-wishers standing by the bike trail. Biden, who was wearing a helmet, took the spill when he tried to dismount, apparently falling on his right side and rolling on to his back before being helped up.

- **Azov Regiment Commander Denys Prokopenko hands over his command**

DENYS KARLOVKYI - SATURDAY, 18 JUNE 2022, 22:36 Denys Prokopenko, Commander of the Azov Regiment of the National Guard of Ukraine, has handed over his duties to Major Mykyta Nadtochii. Source: Major Nadtochii in a comment for Radio Svoboda Quote from Nadtochii: "It was just a Telegram message [from Denys Prokopenko - ed.

- **Get a Travel CPAP without a Trip to the Doctor**

At 0.66 lbs, the AirMini AutoSet is the world's smallest CPAP. For a limited time, get a free CPAP prescription when you purchase the AirMini!

- **Seven presidential contenders for the GOP in 2024**

Former President Trump is still the dominant figure in the Republican Party, but his stranglehold is loosening. Trump-backed candidates have had a mixed record in GOP primaries so far this cycle, with high-profile losses in Georgia, Nebraska and a key South Carolina district undercutting many other wins. The work of the House select committee on…

- **It's no surprise Russia is weathering the West's sanctions: Putin has been preparing for them for nearly a decade**

Moscow has been taking steps to bolster defenses against sanctions since 2014, when Russia was hit with trade restrictions over its annexation of Ukraine.

- **Meghan Markle Wore a Denim Top and Shorts For Prince Harry's Polo Game**

On Friday, Meghan Markle stood on the sidelines to cheer on Prince Harry's polo team who were fighting for a place in their league final.

26-60238.15426

REJECTED EXHIBITS

- **Divers Find Old Camera, Then Regrets That It Works**

  Divers Find an Old Camera Lying On The Ocean Floor, Then They Saw The Pictures

- **Katherine Schwarzenegger Posts First Photo of Her Second Baby With Chris Pratt**

  View this post on Instagram A post shared by Katherine Schwarzenegger (@katherineschwarzenegger) Eloise Christina Schwarzenegger Pratt has officially made her Instagram debut. On Saturday, June 18, Katherine Schwarzenegger shared a roundup of photos from May and June, including two shots featuring her second daughter with Chris Pratt, Eloise.

26-60238.15427

REJECTED EXHIBITS

# Amazon fires two staff tied to Staten Island union effort


Exhibit
EMP 3346

newsconquest.com/2022/05/10/amazon-fires-two-staff-tied-to-staten-island-union-effort

newsconquest                                                      May 10, 2022



Employees stand in line to forged ballots for a union election at Amazon's JFK8 distribution heart, within the Staten Island borough of New York Town, U.S. March 25, 2022.

Brendan Mcdermid | Reuters

Amazon has fired two staff tied to an organizing marketing campaign that resulted within the corporate's first unionized warehouse within the U.S.

Mat Cusick and Tristan Dutchin advised CNBC they had been fired by way of Amazon in contemporary days. Each Cusick and Dutchin had been operating with the Amazon Hard work Union, an upstart staff led by way of present and previous corporate staff, to arrange employees on the e-commerce large's warehouses on New York's Staten Island.

The ALU notched a ancient win ultimate month, when employees at Amazon's greatest warehouse in New York Town, referred to as JFK8, voted to sign up for the union. The ALU was hoping to duplicate its good fortune at a smaller facility within reach, referred to as LDJ5, however the website online rejected unionization ultimate week. Nonetheless, the victory at JFK8 has spurred organizing efforts at different Amazon warehouses, and the ALU has won high-profile reputation, maximum particularly from President Joe Biden.

Dutchin, who labored as a package deal picker at JFK8 for nearly a yr, stated he used to be fired on Saturday after he wrapped up his shift. Amazon advised him he had failed to satisfy the corporate's productiveness targets, which require staff to select masses of programs

26-60233-15428   REJECTED EXHIBITS

E-3346

according to hour.

Dutchin stated he'd won earlier warnings from Amazon about his efficiency, however had since won further coaching. Dutchin stated his supervisor even congratulated him lately on his progressed efficiency.

Cusick, who serves as ALU's communications director, stated he used to be fired ultimate week after happening "Covid care depart," which permits staff to deal with members of the family unwell with Covid-19.

A girl holds a placard as Amazon and union employees attend rally out of doors the corporate development on April 24, 2022, within the Staten Island borough of New York Town.

Kena Betancur | AFP | Getty Photographs

An worker from Amazon's human sources division allowed him to head on depart till April 29, Cusick stated. However on April 30, he won an electronic mail from Amazon pronouncing he have been absent from his activity for 3 days, which used to be grounds for firing, Cusick stated.

Tomorrow, Cusick, who taken care of programs for supply at an Amazon facility referred to as DYY6, close to JFK8, found out he'd been locked out of Amazon's inside worker portal.

"I referred to as ERC," Cusick stated, regarding the worker useful resource heart, "and stated, 'What is going on, it seems like I have been terminated.'"

"I feel the primary particular person could have stated I wasn't terminated," he stated." "I went from China, to India, to a couple of other groups within the U.S., and everyone had a unique tackle what used to be happening."

On Might 3, Cusick won a letter from Amazon informing him that he'd been fired "because of activity abandonment," in keeping with a duplicate of the letter considered by way of CNBC.

Amazon's worker HR methods had been a subject matter of scrutiny prior to now. Investigations by way of the The New York Instances and Bloomberg recognized problems with the closely computerized machine, which has struggled to stay tempo with the corporate's all of a sudden increasing personnel, in particular right through the coronavirus pandemic.

Cusick described his dismissal as "an automatic termination."

"Amazon's methods are nearly totally virtual," Cusick stated. "I used to be locked out of the machine the place all that subject matter is saved. I am locked out of the development so I will't even move to the development the place I paintings to speak to the folks within."

Vice previous reported at the firings. It is unclear if the dismissals had been in retaliation for the employees' organizing efforts, and representatives from Amazon did not instantly reply to a request for remark.

26-60238.15429    REJECTED EXHIBITS

## 'They be aware of that stuff'

Amazon has in the past fired staff who had been outspoken critics of the corporate's exertions practices, together with Chris Smalls, the president of ALU. Amazon used to be lately ordered to provide JFK8 worker Gerald Bryson his activity again after a pass judgement on discovered the corporate "unlawfully" fired him two years in the past for collaborating in an endemic protest.

"I have been doing interviews, going to rallies," Dutchin stated. "Me being a part of the ALU and making nationwide headlines, they be aware of that stuff."

The union victory at JFK8 used to be a significant win for exertions teams, that have sought to arrange Amazon amenities for a number of years. For the ALU, the demanding situations don't seem to be over, because it now has to attempt to negotiate a collective bargaining settlement with Amazon, which has already sought to extend a freelance by way of difficult the election consequence in courtroom.

Along with firing an organizer at JFK8, the corporate has additionally made adjustments to the website online's higher ranks in contemporary days.

Amazon ultimate week fired no less than part a dozen senior managers at JFK8, The New York Instances reported. Amazon spokesperson Kelly Nantel stated the firings had been a results of a number of weeks of opinions of "operations and management" at JFK8. However the fired managers noticed the transfer as a reaction to the new union victory, in keeping with the Instances.

Whilst Amazon could also be legally allowed to fireside managers who aren't a part of the bargaining unit, the corporate may just face an additional battle from the Nationwide Hard work Family members Board for brushing aside union organizers, stated Tom Kochan, a professor on the MIT Sloan College of Control.

"It is obviously immoral and a contravention of the legislation to fireside union organizers, however it's going to repay for the company to take action since the consequences are so susceptible," Kochan stated. "Additionally it is very tricky to put in force the legislation to turn out that the employee used to be fired for union process, fairly than no longer appearing up on time or come what may doing the activity successfully."

**WATCH:** Amazon Hard work Union wins

26-60238.15430

REJECTED EXHIBITS